**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : |
| | : Cr. No 06-390 |
| Carlos Miller | : |
| | : |
| Defendant | : |

**LINE ENTERING APPEARANCE**

Madam Clerk:

      Please enter the appearance of Douglas J. Wood, as counsel for the defendant in the above-captioned matter.

_____
Douglas J. Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland  20737
(301) 699-0764