UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-289 (RMC)** |
| | : | |
| v. | : | |
| | : | |
| **CARLOS MILLER,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Donnell Turner at telephone number (202) 305-1419 and/or email address Donnell.Turner2@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

Donnell Turner
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 305-1419