**2006 FDC 019249**          File Date: **09/02/2006**   06-289(RMC)

**UNITED STATES Vs. CARLOS W MILLER**

PDID #:

Lock up number.

**FILED**

OCT 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 cr 289

⑨

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                                   TOT No. _____
                                                P.D.I.D. No. _____
    v.

**CARLOS MILLER**
_____ (Defendant)

[XX] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, Transferred Over To the United States District Court for the District of Columbia for the next court date of: __SEPT. 5TH, 2006__

## COMMITMENT/RELEASE

[XX] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: __SEPT. 5TH, 2006__

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No.: _____

DEFENDANT'S NAME: __CARLOS MILLER__

ADDRESS: _____
_____ Telephone No. [redacted]

DEFENDANT'S SIGNATURE: _____

DATE: __9-2-06__          _____
                          JUDICIAL OFFICER PRESIDING

229-228
0246987

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America

Cal. # _____
Case No. __NO FDG19249__

Defendant's name: Carlos Miller

Defendant's address: _____

Defendant's phone no: _____

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
**THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE**

| | | |
|---|---|---|
| ☐ PERSONAL PROMISE | **PERSONAL RECOGNIZANCE** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| ☐ $ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| ☐ SUPERVISORY CUSTODY | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077  SIGNATURE OF CUSTODIAN | Custodian's name / address / phone no. |
| ☐ YOU ARE TO STAY | ☐ away from the complaining witness. _____ name | ☐ within the D.C. area. |
| ☐ YOU ARE TO LIVE | ☐ at _____ address  ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. ☐ Curfew is imposed at above address from ____ P.M. to ____ A.M. | phone no |
| ☐ DRUGS | Report to D.C. Pretrial Services Agency, Room C-220, for: ☐ Evaluation and if positive ☐ Program placement by PSA ☐ Placement in court ordered surveillance ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other Refrain from illegal drug use. | |
| ☐ YOU ARE TO REPORT TO | ☐ D.C. Pretrial Services Agency ☐ Weekly ☐ Other ____ ☐ By Phone ☐ In Person  ☐ Probation Officer ☐ Weekly ☐ Other ____ ☐ By Phone ☐ In Person  ☐ Parole Officer ☐ Weekly ☐ Other ____ ☐ By Phone ☐ In Person | |
| ☐ REVIEW | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| ☐ YOU ARE TO | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| ☒ OTHER | BIA | |
| MONEY BOND OF $ NOB | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %.  ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. | |

**NEXT DUE BACK** on 9/5/06 in Courtroom ____ at ____ A.M./P.M. If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

**YOUR ATTORNEY** _____
address / phone no.

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**DEFENDANT'S SIGNATURE** ▶ _____

**WITNESSED BY** JAW (title or agency) DCPSA

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date 9/2/06

**SO ORDERED** Lee (signature)
Signature of Judge

WHITE – COURT JACKET   GREEN – D.C. PRETRIAL SERVICES AGENCY   BLUE – DEFENDANT   PINK – U.S. ATTORNEY

FORM CD-1293/REV. MAY06

13   13

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
## SUPERIOR COURT CRIMINAL RULE 112

United States/District of Columbia

Vs.

Nicole Clark

Case Number: _____

Charge(s): DP

[CJA stamp]

The Clerk of the Court will please enter my appearance for the defendant in the above entitled cause this __2nd__ day of __Sep__, 2006

Attorney: Anthony E. Smith  CJA

Address: 7600 Ga. Ave., N.W.
Suite 203
Wash, DC 20012

Unified Bar Number: 415931

Telephone Number: 545-0094

CD-1074d

# D. C. PRETRIAL SERVICES AGENCY
## Pretrial Services Report
### United States vs. CARLOS WALTER MILLER

DOB:
PDID:

**Lockup #: 009**

**File Date:** 09/02/2006
Lockup Date: 9/2/2006
Date Prepared:   9/2/2006
Date Printed:    9/2/2006

**Docket Number:**
PSA Case #: 06245987

**Charge(s)**
Carrying Pistol Without a License
UCSA Possession With Intent to Distribute Heroin

**Detention Eligibility and/or Administrative Procedures**

According to information available to the D.C. Pretrial Services Agency, the following applies:

§23-1322(a)(1)(C) – Defendant on probation, parole, or supervised release.

§23-1322(b)(1)(A) – Defendant has been charged with a dangerous crime or a violent crime.

**Recommendations**

PSA High Intensity Supervision Program (HISP)

Release Conditions:

1. Comply with a curfew imposed at phone number from 10:00pm to 6:00am.
2. Report for program orientation.
3. Report to Parole Officer Other (If Other, specify): By Tuesday 09/05/06 in person.
4. Report to Pretrial Services Agency (PSA) room C-220 for program placement by PSA weekly.
5. Report to Pretrial Services Agency (PSA) weekly Specify if other selected: Report in person.

Comments:

Based on today's charges and criminal history, the defendant is ineligible for the Superior Court Drug Intervention Program (Drug Court).

## Criminal History

Last complete record check conducted on: 09/02/2006

### Active Supervision Case(s)

| | | |
|---|---|---|
| **File Date:** 3/12/1981 | **Docket Number:** 1981-FEL-001425 | |
| **Charge Description** | **Sentence Description** | **Disp Date** |
| Armed Robbery | Confinement: 10 Years To 30 Years | 5/14/1982 |

**Supervision Information**

**Type:** Parole

**Supervision Jurisdiction:** District of Columbia

**Supervising Officer:** LaFoyia Sabb
(202) 442-1222

| Date Obtained | Start | End | Supervision Comments |
|---|---|---|---|
| 9/2/2006 | 7/8/2002 | 1/8/2017 | PSA was unable to reach CSO Sabb to obtain compliance information regarding this case. According to automated probation records the defendant's last contact was on 08/01/2006. PSA left a message for CSO Sabb notifying her of today's arrest. PSA has no further information regarding this matter. |

According to a previous investigation conducted by PSA, the defendant was paroled in this case on 01/28/1991 and his parole was revoked on 03/19/1993. He was reparoled on 03/30/1993 and his parole was revoked on 06/02/1993. He was reparoled again on 07/21/1993 and his parole was revoked on 11/03/1993. He was reparoled on 02/14/1995 and his parole was revoked on 04/04/1997. He was resentenced to 19 years, 1 month, and 9 days on 12/01/1997 with a short term date on 09/17/2010 and a full term date of 07/08/2017.
*
According to the BOP Website, the defendant was released on 07/08/02.

### Prior Conviction(s)

| | | |
|---|---|---|
| **File Date:** 4/4/1997 | **Docket Number:** 1997-FEL-002881 | |
| **Charge Description** | **Sentence Description** | **Disp Date** |
| UCSA Distribution Heroin | Time Served / VVCCA: $200.00 | 9/28/1999 |

| File Date: 12/17/1996 | Docket Number: 1996-CTF-006815 | |
|---|---|---|
| **Charge Description** | **Sentence Description** | **Disp Date** |
| Reckless Driving | Confinement: 90 Days / VVCCA: $150.00 | 4/11/1997 |
| Driving While Intoxicated (DWI) | Confinement: 90 Days | 4/11/1997 |

| File Date: 3/19/1993 | Docket Number: 1993-FEL-002708 | |
|---|---|---|
| **Charge Description** | **Sentence Description** | **Disp Date** |
| UCSA Possession Cocaine (Misdemeanor) | Confinement: 120 Days | 1/21/1994 |

| File Date: 4/10/1981 | Docket Number: 1981-CMD-003798 | |
|---|---|---|
| **Charge Description** | **Sentence Description** | **Disp Date** |
| Attempt Petit Larceny | Time Served Confinement: 1 Year / Suspend: 1 Year / Probation: 1 Year Supervised | 11/16/1981 |

| File Date: 11/28/1978 | | |
|---|---|---|
| **Charge Description** | **Sentence Description** | **Disp Date** |
| Attempt Petit Larceny | Confinement: 1 Year | 11/28/1978 |
| Attempted Robbery | Confinement: 3 Years / Suspend: 3 Years / Probation: 3 Years | 11/28/1978 |

| File Date: 2/24/1977 | | |
|---|---|---|
| **Charge Description** | **Sentence Description** | **Disp Date** |
| Assault With a Dangerous Weapon | Confinement: 15 Months To 45 Months | 8/31/1977 |

### Arrest(s) Without Disposition(s)

**Jurisdiction:** DC
**City/County:**
**Source:** NCIC

The following arrest information was provided by FBI records. PSA has no information concerning whether the arrest resulted in a conviction.

| | | |
|---|---|---|
| 05/01/1972 | Washington, DC | Petty Larceny |
| 12/16/1996 | Washington, DC | Possession Marijuana |

PSA was unable to locate the above arrest in DC Superior Court records.

## Personal Background

### Community Ties

**Place of Birth:** Washington, District of Columbia
**DC Area resident for:** Life
**Total Time in Area:** Life
**Marital Status:** Married   **Lives With Spouse:** Yes
**Children:** No
**Last Updated Date:** 09/02/2006
**Verified:** Yes   **Verified By:** Spouse
**Verified Date:** 09/02/2006

**Relatives Living With Defendant:**
Spouse

**Relatives Not Living With Defendant:**
Cousin(s)
Niece(s)
Sister(s)

### Citizenship

**US Citizen:** Yes
**Passport:** Defendant reports not having a passport
**Last Updated Date:** 09/02/2006

### Address Information

**Current Address:**

**Address Type:**

**Lives With:** Spouse

**Length at Residence:**                                **Last Stayed:** 09/01/2006

**Last Updated Date:** 09/02/2006

**Verified:** Yes          **Verified By:** Spouse          **Verified Date:** 09/02/2006

### Employment Information

**Status:** Current

**Employment Status:** Employed

**Employer Name:**

**Occupation:**

**Length:**                                **Frequency:** Full-Time

**Last Updated Date:**    09/02/2006

**Verified:** Yes          **Verified By:** Spouse          **Verified Date:** 09/02/2006

### Education Information

**Education Level:** General Equivalency Diploma

### Health Information

**Type:**   Physical

**Status:**   Current

**Length:** 5 years

**Health Condition:**

### Substance Abuse Information

Defendant indicates use of legal prescription.

**Self Reported:**

Prior Substance use indicated.

**Last Updated Date:**    09/02/2006

### Drug Test:

Drug Test Results Pending

Prepared By: Agnes Ossolinski  Prepared Date: 9/2/2006

**DEFENDANT ELIGIBILITY RECOMMENDATION**

I. NAME: _Nicole M. Clark_   NO. OF DEPENDENTS: _2_

LOCK-UP NO. _13_   DATE: _9-2-06_   CHARGE: _DIP_

| | | | |
|---|---|---|---|
| LIQUID ASSETS | | (Y) STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | + $ _407.00_ | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ _407.00_ | MISD. = | 750 |
| | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
MEDICAL OR OTHER EXPENSES  − $

NET AVAILABLE MONTHLY  (X)           MINIMUM MONTHLY NEED  (Z) $

IF X IS EQUAL OR LESS THAN Y..................................☑ ELIGIBLE
IF X IS MORE THAN Z.............................................☐ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z........................☐ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4 EQUITY) | + |
| CONTRIBUTION CAPABILITY           (CC) | $ |

**NOTES AND CALCULATIONS**

Unemployed
married - spouse
salary unknown

2 dependents
of property
$407.00 PA monthly

STD 4 AMOUNT  $

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]
(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)
CONTRIBUTION PAYABLE WEEKLY AT $ _____ PER WEEK FOR _____ WEEKS.

Cynthia Fauntleroy
Notary Public
District of Columbia
My Commission Expires
February 23, 2007

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _Nicole M. Clark_   INTERVIEWER _Cynthia Fauntleroy_
                                                                NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

# UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

No. _____

## COMPLAINT

District of Columbia ss:

Defendant's Name: __CARLOS_____ _____ __MILLER_____ _____ _____
                       (First)           (MI)          (Last)      (PDID)     (CCNO)

Address: _____

On or about September 1, 2006 within the District of Columbia, during and in relation to a drug trafficking crime, the defendant, Carlos Miller, did use or carry a firearm, or, in furtherance of such crime, possessed a firearm (CARRYING OR POSSESSING A FIREARM WHILE COMMITTING A DRUG TRAFFICKING OFFENCE, IN VIOLATION OF 18 D.C. Code, Sections 924 (c)(1)(A), 921 (a)(3).

in violation of Title __18__ Sections __924(c)(1)(A) 921 (a)(3)__ of the United States District Court.

CHARGE:

_____
Affiant's Name

Subscribed and sworn to before me this __ day of _____

_____
(Judge) (Deputy Clerk)

Issued _____

Judge
Superior Court of the District of Columbia

| Sex: Male | DOB: | CCN: | PDID: |
|---|---|---|---|
| Papering Officer: Quigley | | | Badge No.: D1-114 |
| AUSA Signature: _____ | | | Fel. I [ ]  AFTC [ ]  Domestic [ ] |

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### UNITED STATES
### vs.

_Miller, Carlos_

ON SEPTEMBER 01, 2006, AT APPROXIMATELY 0844 HOURS, MEMBERS OF THE NARCOTICS AND SPECIAL INVESTIGATIONS DIVISION EXECUTED AN UNNUMBERED SUPERIOR COURT SEARCH WARRANT AT _____. ONCE AT THE LOCATION, OFFICER H. ALLEN AND SGT. SLOAN KNOCKED ANNOUNCED IN A LOUD CLEAR VOICE THEIR PURPOSE, AUTHORTY AND INTENT. AFTER WAITING A REASONABLE TIME PERIOD, SGT. SLOAN ORDERED THE APARTMENT DOOR TO BE FORCE OPENED. THE PREMISE WAS SECURED AND SEARCHED.

A .38 CAL DERRINGER HANDGUN (SERIAL NUMBER 006783) WAS RECOVERED FROM BEDROOM INSIDE A LAUNDRY BASKET ON THE LEFT SIDE OF THE BED. INSIDE A CLEAR STORAGE CONTAINER IN THE DINING ROOM AREA , A TOTAL OF 118 CLEAR ZIPLOCK BAGS WITH BLACK FIGURE DISPLAYED ON THE ZIPLOCK BAGS CONTAINING POWDER SUBSTANCE, (1) ZIPLOCK BAG CONTAINING 22 GRAMS OF WHITE POWDER SUBSTANCE, SIX BLUE ZIPLOCK BAGS CONTAINING WHITE POWDER STANCE, (1) SCALE AND A TOTAL OF $5,000.00 IN U.S. CURRENCY WAS SEIZED FROM PREMISES. A PORTION OF THE WHITE POWDER SUBSTANCE WAS FIELD TESTED POSITIVE FOR OPIATES.

SEE SEIZURE LIST.

UPON ENTRY MRS. VERONICA MILLER WAS STOPPED IN THE BEDROOM AREA OF THE PREMISES, SHE STATED THAT HER HUSBAND JUST LEFT AND WILL BE RETURNING SOON.

THE DEFENDANT CARLOS MILLER ARRIVED AT THE LOCATION AND WAS PLACED UNDER ARREST AND ADVISED OF HIS RIGHTS. THE DEFENDANT WROTE A WRITTEN STATEMENT STATING THAT EVERYTHING WAS HIS AND HIS WIFE KNEW NOTHING ABOUT ANYTHING ILLEGAL INSIDE OF THE PREMISES. THE DEFENDANT WAS TRANSPORTED TO THE FIFTH DISTRICT.

THE GUN WAS TEST FIRED AND FOUND TO BE OPERABLE AND THE DEFENDANT (MILLER, CARLOS) HAVE NO LICENSE TO CARRY A FIREARM IN THE DISTRICT OF COLUMBIA.

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption

Subscribed and sworn before me this _____ Day of 2 Sept 200 6

| Police Officer | Badge | District | Deputy Clerk |
|---|---|---|---|