IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : Case No. 06-289 |
| | : |
| CARLOS MILLER | : |

## BOND REVIEW MOTION

The defendant, through his attorney, requests that this Court review the decision to hold the defendant without bond in this case pending trial. In support of this request the defendant would state the following:

1. The defendant is presently held without bond in this case.

2. The defendant has been a life long resident of the Metropolitan area and has substantial ties to this community.

3. Counsel for the defendant believes that the defendant always reports to court as required and as far as counsel is aware the defendant has never failed to appear in court.

4. The defendant is married and lives with his wife. The defendant has been

married for nine years.

5. Counsel understands that the defendant was on parole at the time of this offense but believes that he was under minimal supervision.

6. There is nothing in the defendant's background that indicates that he is a risk of flight and he has no reason to appear in court as required.

WHEREFORE, based on the above the defendant would request that this Bond Review Motion be granted and that reasonable conditions of release be set in this case.

Respectfully submitted,

_____
Douglas J. Wood
Suite 202
6801 Kenilworth Avenue
Riverdale, Maryland - 20737
(301) 699-0764

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion has been mailed this 19th day of October, 2006, to Mr. Donnell Turner, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C. - 20530.

_____
Douglas J. Wood

IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :   Cr No.: 06-289 |
| v. | : |
| **Carlos Miller** | : |

PROPOSED ORDER

Upon consideration of the Motion for Bond Review and good cause having been advanced, it is this _____ day of _____, 2006, hereby

ORDERED that the motion is granted.


cc:
Douglas J. Wood
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

Mr. Donnell Turner
Office of the United States Attorney
555 4th Street, NW
Washington, D.C. 20530