UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

_Carlos Miller_

Criminal No. 06-289

**FILED**

MAR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_/s/ Carlos Miller_
Defendant

_/s/_
Counsel for Defendant

I consent:

_/s/ Donnell W. Turner_
Assistant United States Attorney

**APPROVED:**

_/s/ Rosemary M. Collyer_
ROSEMARY M. COLLYER
United States District Judge

Dated: 23 March 2007